UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION (Boston)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD D. BURNHAM, KRISSIE J. BURNHAM, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE, and TOWN OF ROCKPORT,<br><br>Defendants. | Case No.<br><br>District Judge<br>Magistrate Judge |

---

**COMPLAINT**

---

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to (1) reduce to judgment unpaid federal tax liabilities owed by Richard Burnham and Krissie Burnham and (2) enforce the federal tax liens against certain real property belonging to them.  For its complaint, the United States alleges as follows:

**JURISDICTION, PARTIES, AND PROPERTY**

1.      The district court has jurisdiction pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

2.      The defendant Richard Burnham, husband of Krissie Burnham, resides in Essex County, Massachusetts, within the jurisdiction of this Court.

3.      The defendant Krissie Burnham, wife of Richard Burnham, resides in Essex County, Massachusetts, within the jurisdiction of this Court.

4.      The defendant Mortgage Electronic Registration Systems, Inc., is joined as a party because it may have a lien or claim an interest in the property described below.

5.      The defendant Commonwealth of Massachusetts, Department of Revenue, Boston, Massachusetts, is joined as a party because it may have a lien or claim an interest in the property described below.

6.      The defendant, Town of Rockport, Massachusetts, is joined as a party because, as the local taxing authority, it may have a lien or claim an interest in the property described below and to place it on notice of this Court's jurisdiction over the property such that any local tax liens that have priority over federal tax liens under 26 U.S.C. § 6323(b)(6) will be satisfied in a judicial sale under this Court's authority but that the property may not be sold under other procedures during the pendency of this action.

7.      The real property upon which the United States seeks to enforce its tax liens (the "Real Property") is located at 120 Main Street, Town of Rockport, County of Essex, Commonwealth of Massachusetts, Postal Code 01966-2016.  A copy of the current deed for the Real Property, executed on April 27, 1999, and recorded with the Southern Essex Registry of Deeds on May 5, 1999, in Book 15653 at Page 387, documenting ownership by Richard Burnham and Krissie Burnham, husband and wife, as tenants by the entirety, is attached, marked Exhibit 1, and incorporated herein by reference.

### INCOME TAX AND PENALTY ASSESSMENTS

8.      A delegate of the Secretary of the Treasury made joint assessments against Richard  Burnham  and  Krissie  Burnham,  husband  and  wife,  for  income  taxes  and

penalties for the periods, on the dates, and in the amounts described in the table below. These liabilities have balances due as of January 2, 2020, including costs and statutory interest, and after applying any abatements, payments, and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 01/02/2020 |
|---|---|---|---|---|
| 12/31/2005 | 04/13/2009 | Income tax per examination. | $74,560.00 | $133,108.21 |
| | 04/13/2009 | Accuracy penalty. 26 U.S.C. § 6662. | $14,912.00 | |
| | | | | |
| 12/31/2006 | 08/09/2010 | Income tax per examination. | $220,099.00 | $518,700.59 |
| | 08/09/2010 | Penalty for failure to timely file return. 26 U.S.C. § 6651(a)(1). | $19,192.80 | |
| | 08/09/2010 | Accuracy penalty. 26 U.S.C. § 6662. | $43,398.20 | |
| | | | | |
| 12/31/2007 | 08/23/2010 | Income tax per examination. | $118,828.00 | $255,999.08 |
| | 08/23/2010 | Accuracy penalty. 26 U.S.C. § 6662. | $23,765.60 | |
| | | | | |
| 12/31/2008 | 02/13/2012 | Income tax per examination. | $38,595.00 | $62,434.10 |
| | | | | |
| 12/31/2009 | 11/15/2010 | Income tax per return. | $24,543.00 | $51,418.85 |
| | 11/15/2010 | Penalty for failure to pay estimated tax. 26 U.S.C. § 6654. | $81.00 | |
| | 11/15/2010 | Penalty for failure to pay tax per return. 26 U.S.C. § 6651(a)(2)-(3). | $760.30 | |
| | 02/13/2012 | Income tax per examination. | $8,713.00 | |
| | | | | |
| 12/31/2010 | 01/09/2012 | Income tax per return. | $27,290.00 | $52,406.14 |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 01/02/2020 |
|---|---|---|---|---|
| | 01/09/2012 | Penalty for failure to timely file return. 26 U.S.C. § 6651(a)(1). | $5,918.85 | |
| | | Penalty for failure to pay tax per return. 26 U.S.C. § 6651(a)(2)-(3). | $1,183.77 | |
| | | | | |
| 12/31/2011 | 07/09/2012 | Income tax per return | $27,394.00 | $43,489.73 |
| | 07/09/2012 | Penalty for failure to pay estimated tax. 26 U.S.C. § 6654. | $530.00 | |
| | 07/09/2012 | Penalty for failure to pay tax per return. 26 U.S.C. § 6651(a)(2)-(3). | $402.63 | |
| | | | | |
| Total | | | | $1,116,656.70 |

## NOTICE OF LIABILITIES AND LIENS

9.      Notice of the liabilities described in paragraph 8 was given to, and payment demanded from, Richard Burnham and Krissie Burnham.

10.     Notices of Federal Tax Lien pertaining to the liabilities described in paragraph 8 were filed with the Southern Essex District Registry of Deeds, County of Essex, Commonwealth of Massachusetts, in accordance with 26 U.S.C. § 6323(f) as follows:

| Type of Tax | Tax Periods Ending | Date NFTL Filed |
|---|---|---|
| Income | 12/31/2005 | 08/30/2010 |
| Income | 12/31/2006; 12/31/2007; 12/31/2008; 12/31/2009; 12/31/2010 | 04/02/2012 |
| Income | 12/31/2011 | 08/28/2012 |

**BANKRUPTCY**

11.    On April 4, 2013, Richard Burnham and Krissie Burnham jointly filed for relief under Chapter 7 of the United States Bankruptcy Code, *In re Burnham*, Bankr. No. 13-11958 (D. Mass.).   The United States Bankruptcy Court for the District of Massachusetts granted a general bankruptcy discharge to Mr. and Mrs. Burnham on July 2, 2013, and it closed their bankruptcy case on July 5, 2013.

12.    The bankruptcy did not discharge Richard Burnham and Krissie Burnham from their liability for income tax, plus associated penalty and interest, described in paragraph 8, pertaining to the tax years 2009, 2010, and 2011.  Under the United States Bankruptcy Code, these debts are excepted from the general bankruptcy discharge granted to Mr. and Mrs. Burnham on July 2, 2013.  *See, e.g.,* 11 U.S.C. §§ 507(a)(8)(flush language), 507(a)(8)(A)(i), 523(a)(1)(A).

13.    Although a proceeding in court must generally be commenced within ten years after the assessment of a tax, this action has been timely commenced under 26 U.S.C. § 6502, regarding the assessment for tax year 2005, described in paragraph 8, because the statute of limitations was suspended by Richard and Krissie Burnham's bankruptcy action, pursuant to 26 U.S.C. § 6503(h) and 11 U.S.C. § 362(a), (c)(2).

**COUNT ONE**
(Claim Against Richard Burnham and Krissie Burnham
to Reduce Income Tax Liabilities to Judgment)

14.    The United States incorporates by reference above paragraphs 1 through 13 as if specifically realleged herein.

15.     Despite proper notice and demand, Richard Burnham and Krissie Burnham failed, neglected, or refused to fully pay the liabilities described in paragraph 8, and after the application of all abatements, payments, and credits, they remain liable, jointly and severally, to the United States in the amount of $147,314.72, plus statutory additions and interest accruing from and after January 3, 2020, for the liabilities pertaining to tax years 2009, 2010, and 2011:

| Tax Period Ending | Balance Due 01/02/2020 |
|---|---|
| 12/31/2009 | $51,418.85 |
| 12/31/2010 | $52,406.14 |
| 12/31/2011 | $43,489.73 |
| **Total** | **$147,314.72** |

### COUNT TWO
### (Claim Against All Parties to Enforce Federal Tax Liens Against Real Property)

16.     The United States incorporates by reference above paragraphs 1 through 15 as if specifically realleged herein.

17.     Richard Burnham and Krissie Burnham jointly obtained title to the Real Property by the deed referenced in paragraph 7, and incorporated herein through attached Exhibit 1, which was executed on April 27, 1999, and recorded with the Southern Essex Registry of Deeds on May 5, 1999, in Book 15653 at Page 387.

18.     Because Richard Burnham and Krissie Burnham neglected, refused, or failed to pay the liabilities described in paragraph 8, after notice and demand, federal tax liens, securing the listed liabilities, pertaining to the tax years 2005 through 2011, arose pursuant to 26 U.S.C. §§ 6321 and 6322 on the dates of the assessments and attached to the Real Property.

19.     The liens described in paragraph 18, related to tax years 2005 through 2008, remain attached to and enforceable against the Real Property, despite the bankruptcy discharge granted to Richard Burnham and Krissie Burnham on July 2, 2013, because the properly-filed lien notices preserved the federal tax liens.   11 U.S.C. § 522(c)(2)(B).

20.     The United States is entitled to enforce the federal tax liens described in paragraph 18 against the Real Property pursuant to 26 U.S.C. § 7403 and to have the entire Real Property sold in a judicial sale (including by a receiver if requested by the United States), free and clear of all claims, liens, or interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs of sale, including any expenses incurred to secure and maintain the Real Property; second, to the Town of Rockport, County of Essex, Commonwealth of Massachusetts, to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); and third, to the United States to pay the liabilities described in paragraph 8, except to the extent that the Court determines that another party has a superior right, title, or interest.

WHEREFORE, the plaintiff United States of America requests the following relief:

A.     Judgment against the defendant Richard Burnham and the defendant Krissie Burnham, jointly and severally, for income tax liabilities pertaining to the periods ending December 31, 2009, December 31, 2010, and December 31, 2011, in the amount of $147,314.72, plus statutory additions and interest accruing from and after January 3, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c).

B.      A determination that the United States has valid and subsisting federal tax liens under 26 U.S.C. §§ 6321 and 6322 on the Real Property securing the liabilities described in paragraph 8, pertaining to the tax periods ending on December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008, December 31, 2009, December 31, 2010, and December 31, 2011.

C.      An order enforcing the federal tax liens securing the liabilities described above pursuant to 26 U.S.C. § 7403 against the Real Property by ordering the sale of the entire Real Property in a judicial sale (including by a receiver if requested by the United States), free and clear of all rights, titles, or interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs of sale, including any expenses incurred to secure and maintain the Real Property; second, to the Town of Rockport, County of Essex, Commonwealth of Massachusetts, to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); and third, to the United States to pay the liabilities described in paragraph 8, except to the extent that the Court determines that another party has a superior right, title, or interest.

D.      The United States of America shall recover its costs, and be awarded such

other and further relief as the Court determines is just and proper.

|  |  |
|---|---|
|  | RICHARD E. ZUCKERMAN |
|  | Principal Deputy Assistant Atty. General |
| Thursday, January 9, 2020 | U.S. Dept. of Justice, Tax Division |
| *Local Counsel:* |  |
|  | /s/ L. Steven Schifano |
| ANDREW E. LELLING | _____ |
| United States Attorney | L. Steven Schifano |
|  | Trial Attorney, Tax Division |
|  | U.S. Department of Justice |
|  | P.O. Box 55, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | (202) 307-6575 Phone |
|  | (202) 514-5238 Fax |
|  | L.Steven.Schifano@usdoj.gov |
|  | Wisconsin Bar # 1019644 |
|  | Counsel for the United States |